IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  **CRIMINAL NO. 1:12CR59-LG-RHW-4**

**BOBBY CHARLES MORGAN**

### ORDER DENYING MOTION TO REDUCE SENTENCE

The Defendant filed this [365] Pro Se Motion for Reduction of Sentence Pursuant to 18 U.S.C. 3582(c)(2), requesting that his offense level and guideline range be reduced "based on the Alleyene v. United States." In *Alleyne v. United States*, 133 S. Ct. 2151, 2162 (2013), the Supreme Court held "that facts that increase mandatory minimum sentences must be submitted to the jury." Because no count of conviction carried a mandatory minimum sentence in defendant's case, (*see* Stmt. of Reasons 1 (¶1), ECF No. 182), the *Alleyne* case has no application to the defendant's sentence.

The defendant also refers to 18 U.S.C. § 3582(c)(2). In November 2015, he received a sentence reduction from 126 months to 105 months pursuant to § 3582(c)(2). (*See* Order Regarding Mot. for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) at 1, ECF No. 337). The defendant requests a reduction of his total offense level from 27 to 25, but this reduction has already been applied to defendant's sentence by the Court's Order. (*Id*. at 2, ECF No. 338). For these reasons, the defendant has not shown he is entitled to the relief requested.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendant's

[365] Pro Se Motion for Reduction of Sentence Pursuant to 18 U.S.C. 3582(c)(2) is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 7th day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE